## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

CLARA ROBIN WILKERSON

Debtor

Chapter 13

Case No. 17-13280-KHK

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed February 22, 2018.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility -
1. Plan does not make provision or filed priority Virginia tax claim (Claim No. 8).
2. Step payment from $180.00 per month to $1,638.00 per month in month 9 is completely unrealistic and does not tie to the date or amount of her car payment that will cease during Plan term.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Clara  Robin Wilkerson, Case # «print_casenum»

will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 29, 2018 at 9:30 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _March 15, 2018_____          __/s/Thomas P. Gorman _____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of March, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Clara  Robin Wilkerson            Tommy Andrews, Jr., Esq.
Chapter 13 Debtor                 Attorney for Debtor
17992 Swans Creek Lane            122 N. Alfred St.
Dumfries, VA 22026                Alexandria, VA 22314

                                  __/s/ Thomas P. Gorman_____
                                  Thomas P. Gorman