**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| CLARA ROBIN WILKERSON | Case No. 17-13280-KHK |
| Debtor | |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed April 19, 2018. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(b)(1)(B)** - Disposable Income.
**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
**Violation of 11 U.S.C. §1325(a)(3)** - Good Faith.
- Debtor has not yet provided filed 2017 tax returns.

**Violation of 11 U.S.C. §1325(a)(6) -** Feasibility -
-Step payment from $180.00 per month to $1,670.00 per month in month 9 is completely unrealistic and does not tie to the date or amount of her car payment that will cease during Plan term.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court

**Notice of Objection To Confirmation**
Clara robin Wilkerson, Case # 17-13280-KHK

may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on June 7, 2018 at 9:30 a.m. in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste, 400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _May 22, 2018_                              ___/s/ Thomas P. Gorman_____
                                                                    Thomas P. Gorman
                                                                    Chapter 13 Trustee
                                                                    300 N. Washington Street, #400
                                                                    Alexandria, VA 22314
                                                                    (703) 836-2226
                                                                    VSB 26421

**Notice of Objection To Confirmation**
Clara robin Wilkerson, Case # 17-13280-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of May, 2018, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Clara robin Wilkerson                Tommy Andrews, Jr., Esq.
Chapter 13 Debtor                    Attorney for Debtor
17992 Swans Creek Lane               122 N. Alfred St.
Dumfries, VA 22026                   Alexandria, VA 22314

       /s/ Thomas P. Gorman
      Thomas P. Gorman